**JS-6**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.: **CV 26-810-JFW(DSRx)**                                     Date: June 12, 2026

Title: Function Health, Inc. -*v*- Superpower Health, Inc., et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                              **None Present**
**Courtroom Deputy**                                        **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                  None

**PROCEEDINGS (IN CHAMBERS):          ORDER OF DISMISSAL**

In the Joint Stipulation for Extension of Time to File Answer filed on June 12, 2026, Docket No. 29, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 13, 2026. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 13, 2026. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr_